UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE BLACK & DECKER CORPORATION, )<br>BLACK & DECKER, INC., BLACK & DECKER )<br>(U.S.) INC., EMHART CORPORATION, and )<br>EMHART INDUSTRIES, INC., )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 96-10804-DPW<br>NO. 1:04-CV-10681-DPW<br>(Union Chemical) |

**NOTICE OF FILING WITH CLERK'S OFFICE
REGARDING THE UNION CHEMICAL SITE**

Notice is hereby given that the following documents have been manually filed under seal with the Court and are available in paper form only.

- Black & Decker's Memorandum In Opposition To Liberty Mutual Insurance Company's Motion For Summary Judgment With Respect To The Union Chemical Site

- Affidavit Of James J. Nicklaus In Support Of Black & Decker's Motion For Summary Judgment Regarding The Union Chemical Site

The original documents are maintained in the case file in the Clerk's Office.

Dated: December 9, 2004     /s/ Jack R. Pirozzolo
                            Jack R. Pirozzolo, BBO# 400400
                            Richard L. Binder, BBO# 043240
                            James J. Nicklaus, BBO# 564806
                            Willcox, Pirozzolo & McCarthy
                            Professional Corporation
                            50 Federal Street
                            Boston, Massachusetts  02110
                            (617) 482-5470